USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
             -against-                                               :    22-CR-477 (VEC)
                                                                     :
                                                                     :        ORDER
RAISHAWN KEY,                                                        :
                                          Defendant.                 :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 8, 2022, Mr. Key was arraigned on an Information before Magistrate Judge Wang;

IT IS HEREBY ORDERED that a status conference will be held on **Monday, October 3, 2022 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: September 12, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**