**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2022

LAW OFFICE OF
JESSE M. SIEGEL

(Tel) 212-207-9009
(Fax) 212-619-6742

299 Broadway, Suite 800
New York, New York 10007

JesseMSiegel@aol.com

November 1, 2022

**BY ECF**

Hon. Valerie E. Caproni, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. Raishawn Key*, 22 Cr. 477 (VEC).

Dear Judge Caproni:

    Our client, Raishawn Key, is currently released on a $150,000 PRB signed by six financially responsible individuals, and home detention enforced by location monitoring, with a curfew. He usually works six days per week, from 9:00 to 5:30, for a company that provides janitorial and maintenance services in several hotels in Manhattan.

    We request the Court temporarily modify these conditions to permit him to attend his cousin's wedding (in Long Island City) and festivities, from 5:00 p.m. on November 5th to 4:00 a.m. on November 6th.

    We have spoken with Pretrial Services Officer Courtney DeFeo, who defers to the Court regarding the request, and noted that Mr. Key has continued to be in compliance with the terms of his release. We have also spoken with A.U.S.A. Mitzi Steiner, who advised that the government takes no position on the request.

    Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel

Application GRANTED in part. Mr. Key may attend his cousin's wedding on November 5, 2022, beginning at 5:00 p.m. Mr. Key must return home by no later than 1:00 a.m. on November 6, 2022. Mr Key must provide his Pretrial Services Officer with the address of where he will be, as well as the name and contact number for an individual who will also be in attendance.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: 11/01/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE