USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                                              :

UNITED STATES OF AMERICA           :

                   -against-                     :        22-CR-477 (VEC)

                                                                             :              <u>ORDER</u>

RAISHAWN KEY,                               :
                                   Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 15, 2022, Chambers was notified that Mr. Key intends to enter a guilty plea.

       IT IS HEREBY ORDERED that a change of plea hearing will be held on **Friday, November 18, 2022 at 11:30 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: **November 16, 2022**
       New York, NY

                                                       _____
                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**