USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

              -against-                        22-CR-477 (VEC)

                                                   ORDER

RAISHAWN KEY,
                            Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 18, 2022, the parties appeared for a change-of-plea hearing during which Mr. Key entered a plea of guilty.

IT IS HEREBY ORDERED that sentencing will be held on **March 13, 2023 at 10:30 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Presentence submissions are due by no later than **February 27, 2023**.

IT IS FURTHER ORDERED that Mr. Key's bail conditions remain in full force and effect.

**SO ORDERED.**

Date:  **November 18, 2022**
         **New York, NY**

                                                    _____
                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**