

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2023

LAW OFFICE OF
JESSE M. SIEGEL
299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009
(Fax) 212-619-6742

JesseMSiegel@aol.com

February 12, 2023

**BY ECF**

Hon. Valerie E. Caproni, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     Re: *United States v. Raishawn Key*, 22 Cr. 477 (VEC).

Dear Judge Caproni:

  Our client, Raishawn Key, is currently released on a $150,000 PRB signed by six financially responsible individuals, and home detention enforced by location monitoring, with a curfew. He is restricted to travel within the Southern and Eastern Districts of New York.

  We ask that his travel restrictions be temporarily modified to permit him to travel to Troy, NY on February 28th, for a scheduled appearance in Rensselaer County Family Court. He intends to travel there and return on the same day.

  We have spoken with A.U.S.A. Mitzi Steiner, who advised that the government defers to Pretrial Services. We have also spoken with Pretrial Services Officer Courtney DeFeo, who does not object to the request.

  Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel

Application GRANTED.

SO ORDERED.

*[signature]*
Date: 2/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE