

| | LAW OFFICE OF | USDC SDNY |
|---|---|---|
| | **JESSE M. SIEGEL** | DOCUMENT |
| (Tel) 212-207-9009 | 299 Broadway, Suite 800 | ELECTRONICALLY FILED |
| (Fax) 212-619-6742 | New York, New York 10007 | DOC #: |
| | | DATE FILED: 5/16/2023 |

JesseMSiegel@aol.com

May 16, 2023

**BY ECF**

Hon. Valerie E. Caproni, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. Raishawn Key*, 22 Cr. 477 (VEC).

Dear Judge Caproni:

    My client, Raishawn Key, is scheduled to be sentenced on Friday, May 19, 2023, at 2:30. I request that sentencing be adjourned to a date convenient for the Court between June 5th and June 13th (except not in the morning on June 9th), or after July 4th. I make this request because I had an accident on Saturday and sustained injuries, including a broken rib, and am unable to travel.

    I have spoken with A.U.S.A Mitzi Steiner, who does not object to adjourning sentencing but will be on trial from June 14th through July 4th. There have been two previous adjournments of sentencing.

    Thank you for your attention to this application.

                                   Very truly yours,

                                   /s/
                                   Jesse M. Siegel

Application GRANTED.  Mr. Key's sentencing, originally scheduled for May 19, 2023, is hereby ADJOURNED to **Wednesday, July 12, 2023, at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The Court wishes Mr. Siegel a speedy recovery.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE