USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA          :

                                 :

         -against-           :        22-CR-477 (VEC)

                                 :

                                 :        <u>ORDER</u>

RAISHAWN KEY,                :

                   Defendant.     :

                                 :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 12, 2023, the parties appeared for sentencing.

    IT IS HEREBY ORDERED that sentencing is ADJOURNED to **January 16, 2024** at

2:30 P.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40

Foley Square, New York, New York 10007.


**SO ORDERED.**

Date:  **July 12, 2023**                   _____
       **New York, NY**                   **VALERIE CAPRONI**
                                         **United States District Judge**