USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA             :

                                           :

            -against-                   :            22-CR-477 (VEC)

                                           :               ORDER

RAISHAWN KEY,                      :

                                Defendant.       :

                                           :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are scheduled to appear for sentencing on **January 16, 2024**.

      IT IS HEREBY ORDERED that sentencing is ADJOURNED to **January 30, 2024**, at

**2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40

Foley Square, New York, New York 10007.


**SO ORDERED.**

**Date:**  **January 12, 2024**
       **New York, NY**

                                              **VALERIE CAPRONI**
                                 **United States District Judge**